JAMES D. FOX
P. O. Box 599
Scottsdale, AZ 85252
(602) 263-8754

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 7 |
|---|---|
| | ) |
| MITCHELL, PAUL | ) CASE NO. 2-03-bk-08848 GBN |
| MITCHELL, DANA | ) |
| | ) TRUSTEE'S FINAL |
| | ) REPORT AND PROPOSED |
| | ) DISTRIBUTION |
| Debtor(s) | ) |

I, JAMES D. FOX, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $2,126.03 Disbursements $155.00; and the balance on hand $1,971.03; Checking $1,971.03, Savings $0.00, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the maximum fee allowable to the Trustee is $531.51. I have received $60.00 of this total as interim compensation, and now request $471.51 as my final compensation and an additional $15.90 for reasonable and necessary expenses incurred.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

July 18, 2006
Date

JAMES D. FOX, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION
I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
United States Trustee
District of Arizona

Date: 8\3\06

By:

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 03-08848-PHX GBN  Judge: GEORGE B. NIELSEN, JR.
Case Name: MITCHELL, PAUL
            MITCHELL, DANA
For Period Ending: 07/19/06

Trustee Name: JAMES D. FOX
Date Filed (f) or Converted (c): 05/22/03 (f)
341(a) Meeting Date: 07/03/03
Claims Bar Date: 10/26/05

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT - BROKERAGE ACCT QUICK & REILLY | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNT - BANK ONE CHECKING | 210.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNT - WF CHECKING | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. BANK ACCOUNT - BANK ONE SAVINGS | 20.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNT - BANK ONE SAVINGS | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. BANK ACCOUNT - SWEEP CHECKING First Tennessee | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 4,900.00 | 0.00 | DA | 0.00 | FA |
| 9. BOOKS, PICTURES & OTHER ART PERSONAL LIBRARY, CDS, DVDS | 450.00 | 0.00 | DA | 0.00 | FA |
| 10. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. 3 WATCHES | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. WEDDING RINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14. PHOTOGRAPHIC EQUIPMENT | 25.00 | 0.00 | DA | 0.00 | FA |
| 15. PENSION PLAN - 401(k) | 3,263.00 | 0.00 | DA | 0.00 | FA |
| 16. PENSION PLAN - 401(k) | 4,124.00 | 0.00 | DA | 0.00 | FA |
| 17. STOCK & BUSINESS INTEREST ACORN CONSULTING GROUP, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. STOCK & BUSINESS INTEREST THE RESOURCE CONNECTION, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. LIQUIDATED DEBTS OWING DEBTOR LOAN TO ACORN CONSULTING GROUP, INC. BUSINESS | 14,500.00 | 0.00 | DA | 0.00 | FA |
| 20. LIQUIDATED DEBTS OWING DEBTOR STATE TAX REFUND, NOT OVER $100.00 | Unknown | 0.00 | DA | 0.00 | FA |

LFORM1                                                                                                                   Ver: 11.50

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 03-08848-PHX GBN Judge: GEORGE B. NIELSEN, JR. | | Trustee Name: | JAMES D. FOX |
| --- | --- | --- | --- | --- |
| Case Name: | MITCHELL, PAUL | | Date Filed (f) or Converted (c): | 05/22/03 (f) |
| | MITCHELL, DANA | | 341(a) Meeting Date: | 07/03/03 |
| | | | Claims Bar Date: | 10/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. LIQUIDATED DEBTS OWING DEBTOR LOAN TO THE RESOURCE BUSINESS | Unknown | 0.00 | DA | 0.00 | FA |
| 22. AUTOMOBILE - '03 CHRYSTLER TOWN & COUNTRY | Unknown | 0.00 | DA | 0.00 | FA |
| 23. AUTOMOBILE - 03 SATURN VUE | Unknown | 0.00 | DA | 0.00 | FA |
| 24. PETS DOG | Unknown | 0.00 | DA | 0.00 | FA |
| 25. ACCOUNT RECEIVABLES - ACORN CONSULTING (u) | 2,111.15 | 2,111.15 | | 2,111.15 | FA |
| 26. Post-Petition Interest Deposits (u) | 14.88 | 14.88 | | 14.88 | FA |

| TOTALS (Excluding Unknown Values) | $ 331,758.03 | $ 2,126.03 | | $ 2,126.03 | Gross Value of Remaining Assets $0.00 |
| --- | --- | --- | --- | --- | --- |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR IN PROGRESS 6/30/06

Initial Projected Date of Final Report (TFR): 11/01/05    Current Projected Date of Final Report (TFR): 03/31/07

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 03-08848-PHX-GBN | Trustee Name: | JAMES D. FOX |
| --- | --- | --- | --- |
| Case Name: | MITCHELL, PAUL | Bank Name: | BANK OF AMERICA |
| | MITCHELL, DANA | Account Number / CD #: | *******5341 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8296 | Blanket Bond (per case limit): | $ 20,000,000.00 |
| For Period Ending: | 07/19/06 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/20/05 | 25 | ACORN CONSULTING GROUP | ACCOUNTS RECEIVABLE | 1221-000 | 2,111.15 | | 2,111.15 |
| 07/25/05 | 000101 | C/O ACORN CONSULTING GROUP INC CLERK, U.S. BANKRUPTCY COURT 230 N. 1ST AVE., SUITE #101 PHOENIX, AZ 85003-1723 | REOPENING FEE | 2700-000 | | 155.00 | 1,956.15 |
| 07/29/05 | 26 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.09 | | 1,956.24 |
| 08/31/05 | 26 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.01 | | 1,957.25 |
| 09/30/05 | 26 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.97 | | 1,958.22 |
| 10/31/05 | 26 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.00 | | 1,959.22 |
| 11/30/05 | 26 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.97 | | 1,960.19 |
| 12/30/05 | 26 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 1.00 | | 1,961.19 |
| 01/31/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.00 | | 1,962.19 |
| 02/28/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.40 | | 1,963.59 |
| 03/31/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.67 | | 1,965.26 |
| 04/28/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.61 | | 1,966.87 |
| 05/31/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.68 | | 1,968.55 |
| 06/30/06 | 26 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.62 | | 1,970.17 |
| 07/17/06 | 26 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 1,971.03 |
| 07/17/06 | | Transfer to Acct #*********7181 | Final Posting Transfer | 9999-000 | | 1,971.03 | 0.00 |

| | COLUMN TOTALS | 2,126.03 | 2,126.03 | 0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 1,971.03 | |
| | Subtotal | 2,126.03 | 155.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 2,126.03 | 155.00 | |

Page Subtotals   2,126.03   2,126.03

LFORM24   Ver: 11.50

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 03-08848-PHX-GBN |
| Case Name: | MITCHELL, PAUL |
| | MITCHELL, DANA |
| Taxpayer ID No: | *******8296 |
| For Period Ending: | 07/19/06 |

| | |
|---|---|
| Trustee Name: | JAMES D. FOX |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7181 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 20,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/17/06 | | Transfer from Acct #*******5341 | Transfer In From MMA Account | 9999-000 | 1,971.03 | | 1,971.03 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 1,971.03 | 0.00 |
| Less: Bank Transfers/CD's | | 1,971.03 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******5341 | 2,126.03 | 155.00 | 0.00 |
| Checking - Non Interest - *******7181 | 0.00 | 0.00 | 1,971.03 |
| | 2,126.03 | 155.00 | 1,971.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,971.03   0.00

JAMES D. FOX
P. O. Box 599
Scottsdale, AZ 85252
(602) 263-8754

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 7 |
|---|---|
| | ) |
| MITCHELL, PAUL | ) CASE NO. 2-03-bk-08848 GBN |
| MITCHELL, DANA | ) |
| | ) NOTICE OF PROPOSED |
| Debtor(s) | ) DISTRIBUTION |
| | ) |
| | ) |

TO: ALL CLAIMANTS, DEBTOR(S) AND OTHER INTERESTED PARTIES

PLEASE TAKE NOTICE that the Trustee has filed the Trustee's Final Account and Report and proposes the following distribution of the funds collected from administration of the Estate:

1.  The report of Trustee shows:

    Total Receipts                                                           $2,126.03

    Disbursements:

    | Paid To | Reason | Amount |
    |---|---|---|
    | CLERK, U.S. BANKRUPTCY COURT | REOPENING FEE | $155.00 |
    | Total Disbursements | | $155.00 |

    Balance on hand:                                                         $1,971.03

2.  The Trustee has allowed claims as set forth on the attached Trustee's Proposed Distribution. Only those claims which may receive a dividend have been listed.

Any party who has an objection to the above applications for fees and expenses or to the Trustee's Report of Allowed Claims must file their written objection within twenty days of the date of the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims and objections to this proposed distribution.

Objections to this proposed distribution must be in writing and filed with the Clerk, CLERK, U.S. BANKRUPTCY COURT, 230 N. 1ST AVE., SUITE #101, PHOENIX, AZ 85003-1723, and copies of the objections must be mailed to the Trustee: JAMES D. FOX, P. O. Box 599, Scottsdale, AZ 85252 and United States Trustee, 230 N. 1ST AVE., SUITE 204, PHOENIX, AZ 85003-1706.

If no objections are filed within the designated time, no further hearings will be held and the Trustee will make the distribution as noticed.

NOTICE IS FURTHER GIVEN that any exhibits offered or admitted into evidence that remain in the custody of the Clerk or any books or records of the debtor in the custody of the Trustee will be disposed of unless written request for their return is filed within twenty days of the date of the mailing of this notice.

Case No. 03-08848-PHX-GBN
MITCHELL, PAUL
MITCHELL, DANA

## TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| JAMES D. FOX | $471.51 | $15.90 | $487.41 | $487.41 |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| PRIORITY | 000022 | INTERNAL REVENUE SERVICE | $160,991.53 | $1,483.62 |
| Subtotals for Class PRIORITY | | | | $1,483.62 |
| Subtotals for Class UNSECURED | | | | $0.00 |
| Total | | | | $1,971.03 |

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: July 18, 2006

JAMES D. FOX, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
United States Trustee
District of Arizona

Date: 8/3/06

By: [signature]

JAMES D. FOX
P. O. Box 599
Scottsdale, AZ 85252
(602) 263-8754

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 7 |
|---|---|
| | ) |
| MITCHELL, PAUL | ) CASE NO. 2-03-bk-08848 GBN |
| MITCHELL, DANA | ) |
| | ) TRUSTEE'S APPLICATION |
| Debtor(s) | ) FOR COMPENSATION AND |
| | ) REIMBURSEMENT OF |
| | ) EXPENSES |

The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1. Introduction. The petition commencing this case was filed on May 22, 2003, the undersigned was appointed Trustee on August 8, 2003, and the 11 U.S.C. §341(a) meeting was completed on July 3, 2003.
2. Disposition of Assets. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached hereto as Form 1 (Individual Estate Property Record).
3. Receipts and Disbursements. An itemized statement of the Trustee's receipts and disbursements showing total receipts of $2,126.03, disbursements of $155.00, and balance of funds on hand of $1,971.03, is attached hereto as Form 2 (Estate Cash Receipts and Disbursements Record).
4. Trustee's Fees and Expenses. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case in the amount of $471.51. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is $531.51, computed as follows:

(For cases filed after October 21, 1994)

| | | | |
|---|---|---|---|
| Receipts | $2,126.03 | 25% of first 5,000 | $531.51 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $0.00 | 10% of next 45,000 | $0.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |
| TOTAL COMPENSATION REQUESTED | | | $531.51 |

I have received $60.00 of the total compensation requested as interim compensation, and now request the additional sum of $471.51 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:
| | |
|---|---|
| COPIES (44.000 @ $0.25 ) | 11.00 |
| POSTAGE (5.000 @ $0.39 ) | 1.95 |
| PREMIUM ON TRUSTEE' S BOND (1.000 @ $2.95 ) | 2.95 |
| Total Expenses | $15.90 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $15.90 as my final reimbursement.

5.  The Trustee requests ratification and approval of such additional administrative expense(s) as may be set forth below:

I certify under penalty of perjury that the foregoing is true and correct.

July 18, 2006
DATE

JAMES D. FOX

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 03-08848-PHX GBN Judge: GEORGE B. NIELSEN, JR.
Case Name: MITCHELL, PAUL
MITCHELL, DANA
For Period Ending: 07/19/06

Trustee Name: JAMES D. FOX
Date Filed (f) or Converted (c): 05/22/03 (f)
341(a) Meeting Date: 07/03/03
Claims Bar Date: 10/26/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT - BROKERAGE ACCT QUICK & REILLY | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNT - BANK ONE CHECKING | 210.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNT - WF CHECKING | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. BANK ACCOUNT - BANK ONE SAVINGS | 20.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNT - BANK ONE SAVINGS | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. BANK ACCOUNT - SWEEP CHECKING First Tennessee | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 4,900.00 | 0.00 | DA | 0.00 | FA |
| 9. BOOKS, PICTURES & OTHER ART PERSONAL LIBRARY, CD'S, DVD'S | 450.00 | 0.00 | DA | 0.00 | FA |
| 10. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. 3 WATCHES | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. WEDDING RINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14. PHOTOGRAPHIC EQUIPMENT | 25.00 | 0.00 | DA | 0.00 | FA |
| 15. PENSION PLAN - 401(k) | 3,263.00 | 0.00 | DA | 0.00 | FA |
| 16. PENSION PLAN - 401(k) | 4,124.00 | 0.00 | DA | 0.00 | FA |
| 17. STOCK & BUSINESS INTEREST ACORN CONSULTING GROUP, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. STOCK & BUSINESS INTEREST THE RESOURCE CONNECTION, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. LIQUIDATED DEBTS OWING DEBTOR LOAN TO ACORN CONSULTING GROUP, INC. BUSINESS | 14,500.00 | 0.00 | DA | 0.00 | FA |
| 20. LIQUIDATED DEBTS OWING DEBTOR STATE TAX REFUND, NOT OVER $100.00 | Unknown | 0.00 | DA | 0.00 | FA |

Page: 1

LFORM1 Ver: 11.50

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 03-08848-PHX GBN Judge: GEORGE B. NIELSEN, JR. | | Trustee Name: | JAMES D. FOX | | Page: 2 |
|---|---|---|---|---|---|---|
| Case Name: | MITCHELL, PAUL | | Date Filed (f) or Converted (c): | 05/22/03 (f) | | |
| | MITCHELL, DANA | | 341(a) Meeting Date: | 07/03/03 | | |
| | | | Claims Bar Date: | 10/26/05 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. LIQUIDATED DEBTS OWING DEBTOR LOAN TO THE RESOURCE BUSINESS | Unknown | 0.00 | DA | 0.00 | FA |
| 22. AUTOMOBILE - '03 CHRYSLER TOWN & COUNTRY | Unknown | 0.00 | DA | 0.00 | FA |
| 23. AUTOMOBILE - '03 SATURN VUE | Unknown | 0.00 | DA | 0.00 | FA |
| 24. PETS DOG | Unknown | 0.00 | DA | 0.00 | FA |
| 25. ACCOUNT RECEIVABLES - ACORN CONSULTING (u) | 2,111.15 | 2,111.15 | | 2,111.15 | FA |
| 26. Post-Petition Interest Deposits (u) | | 14.88 | | 14.88 | FA |
| TOTALS (Excluding Unknown Values) | $ 331,758.03 | $ 2,126.03 | | $ 2,126.03 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR IN PROGRESS 6/30/06

Initial Projected Date of Final Report (TFR): 11/01/05     Current Projected Date of Final Report (TFR): 03/31/07

LFORM1                                                                                                                          Ver: 11.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 03-08848-PHX-GBN |
| Case Name: | MITCHELL, PAUL |
| | MITCHELL, DANA |
| Taxpayer ID No: | *******8296 |
| For Period Ending: | 07/19/06 |

| | |
|---|---|
| Trustee Name: | JAMES D. FOX |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******7181 Checking - Non Interest Bearing |
| Blanket Bond (per case limit): | $ 20,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / If $a Balance |
| 07/17/06 | | Transfer from Acct #******5341 | Transfer In From MMA Account | 9999-000 | 1,971.03 | | 1,971 / 1,971 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,971.03 | 0.00 |
| Less: Bank Transfers/CDs | | 1,971.03 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********5341 | 2,126.03 | 155.00 | 0.00 |
| Checking - Non Interest - ********7181 | 0.00 | 0.00 | 1,971.03 |
| | 2,126.03 | 155.00 | 1,971.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  1,971.03  0.00

LFORM24